```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
KENNETH BAILEY,                         :
                                        :
             Plaintiff,                 :    08 Civ. 8563 (JSR)
                                        :
             - v -                      :
                                        :
GEORGE PATAKI, et al.,                  :
                                        :
             Defendants.                :
----------------------------------------x
----------------------------------------x
GEORGE BROOKS,                          :
                                        :
             Plaintiff,                 :    08 Civ. 8665 (JSR)
                                        :
             - v -                      :
                                        :
GEORGE PATAKI, et al.,                  :
                                        :
             Defendants.                :
----------------------------------------x
----------------------------------------x
LOUIS MASSEI,                           :
                                        :
             Plaintiff,                 :    08 Civ. 8923 (JSR)
                                        :
             - v -                      :
                                        :
GEORGE PATAKI, et al.,                  :
                                        :
             Defendants.                :
----------------------------------------x
----------------------------------------x
JORGE BURGOS, JR.,                      :
                                        :
             Plaintiff,                 :    08 Civ. 8924 (JSR)
                                        :
             - v -                      :
                                        :
GEORGE PATAKI, et al.,                  :
                                        :
             Defendants.                :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-10

```
------------------------------------x
ROBERT TROCCHIO,                    :
                                    :
            Plaintiff,              :    08 Civ. 8925 (JSR)
                                    :
     - v -                          :
                                    :
GEORGE PATAKI, et al.,              :
                                    :
            Defendants.             :
------------------------------------x
------------------------------------x
ROBERT WARREN,                      :
                                    :
            Plaintiff,              :    08 Civ. 9609 (JSR)
                                    :
     - v -                          :
                                    :
GEORGE PATAKI, et al.,              :    ORDER
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    The Court hereby orders the consolidation of the above-captioned cases under docket number 08 Civ. 8563.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           June 14, 2010