|   | A | B | C |
|---|---|---|---|
| 1 | date | time | tasks/work performed |
| 2 | 7/24/09 | 0.10 | call with JR |
| 3 | 7/29/09 | 4.00 | prep for meeting review case law last decision meeting and follow up |
| 4 | 8/17/09 | 2.10 | prepare for meeting meeting with team re: discovery issues and floow up |
| 5 | 8/19/09 | 0.85 | review communications and discuss subpoenas and foil with co counsel |
| 6 | 8/20/09 | 1.30 | go over the MHL article 9, Corrections law 02 |
| 7 | 8/25/09 | 2.00 | call with JR and review discovery items |
| 8 | 8/26/09 | 1.10 | prepare for meeting with team continuing discovery issues and follow up |
| 9 | 9/11/09 | 3.00 | prep ebt review docs |
| 10 | 10/11/09 | 6.00 | Sackett EBT - warren - take ebt and follow up communications with group |
| 11 | 10/11/09 | 0.40 | Call with JR discuss Dep |
| 12 | 10/26/09 | 0.60 | call with JR re strategy considerations |
| 13 | 11/3/09 | 2.40 | settlement discussions with team and go over call with Ag |
| 14 | 11/8/09 | 3.00 | meeting with team and follow up |
| 15 | 11/9/09 | 1.80 | call with team continuing discovery issues + experts follow up |
| 16 | 11/23/09 | 1.30 | prepare for and attend team meeting |
| 17 | 12/15/09 | 1.50 | team meeting re deps |
| 18 | 4/3/10 | 1.70 | discuss depo with RR and JR re docs email system |
| 19 | 4/14/10 | 1.20 | research expert issues, review decisions on experts etc. |
| 20 | 5/1/10 | 4.00 | team meeting re recent decision and ramifications and followup |
| 21 | 8/3/10 | 1.10 | Spoke with JR and prepare for email call |
| 22 | 8/3/10 | 1.20 | edit letters discuss with counsel requests to def, review prior discovery responses |
| 23 | 4/13/12 | 0.30 | emails to group |
| 24 | 1/3/13 | 0.60 | review client information get contact info and di searches |
| 25 | 2/4/13 | 3.50 | preare for + Meeting with group + follow up |
| 26 | 2/4/13 | 9.30 | conference prep and follow up with team |
| 27 | 2/18/13 | 3.10 | spoliation review materials team meeting discussions |
| 28 | 3/4/13 | 2.10 | prepare and review and re-draft part of JPTO |
| 29 | 3/4/13 | 0.30 | review information on plaintiffs claims relating to total confinement |
| 30 | 3/14/13 | 1.24 | strategize and review prior orders |
| 31 | 3/15/13 | 1.30 | conference call with defendant and follow up with co counsel |
| 32 | 3/18/13 | 0.30 | prepare and call with counsel about conference |
| 33 | 3/18/13 | 0.20 | call with Ag Hathaway |
| 34 | 3/19/13 | 7.50 | prepare for bailey meetings |

| | A | B | C |
|---|---|---|---|
| 35 | 3/27/13 | 2.20 | read numerous emails communicate with counsel review A plan for discovery |
| 36 | 3/28/13 | 1.50 | prepare and communicate with AG and co counsel re setting up the meeting |
| 37 | 3/28/13 | 2.30 | team meeting and strategy sessions and followup |
| 38 | 4/3/13 | 0.30 | call with JR |
| 39 | 4/10/13 | 1.00 | ascertaining addresses and communicating with clients |
| 40 | 4/12/13 | 1.60 | team discussions re conference |
| 41 | 4/15/13 | 0.20 | Client calls |
| 42 | 4/21/13 | 1.00 | Phone meeting and prep with team |
| 43 | 4/23/13 | 2.00 | conference + client  Call and follow up |
| 44 | 4/24/13 | 1.10 | Research for spoliation, review requirements executive chamber |
| 45 | 4/26/13 | 0.85 | review proposed jury instructions trial prep burdens of proof |
| 46 | 4/27/13 | 0.50 | demand letter including fees review |
| 47 | 5/13/13 | 1.50 | conference call with co counsel, regarding clients, client call with family, call with Ameer re strategy |
| 48 | 5/13/13 | 0.75 | Call with Hathaway and team about claims open |
| 49 | 5/13/13 | 6.00 | Trial preparation of going through documents and preparing witness list exhibit list and culling relevant |
| 50 | 5/13/13 | 0.75 | review spoliation |
| 51 | 5/16/13 | 0.75 | review claims grid, research claims left and other open claim issues |
| 52 | 5/20/13 | 2.30 | prepare for call and follow up |
| 53 | 5/21/13 | 0.95 | call + follow up with members of team |
| 54 | 5/28/13 | 0.60 | trial prep reviewing initial disclosures |
| 55 | 6/15/13 | 0.50 | client call and paperwork and review follow up with client |
| 56 | 6/17/13 | 1.30 | Review defendants Depositions   and conduct various word searches |
| 57 | 6/17/13 | 1.10 | working on subpoenas coordinating strategies with counsel |
| 58 | 6/18/13 | 0.50 | call with Hathaway and preparation for same |
| 59 | 6/21/13 | 3.00 | research on advice of counsel, speaking with co counsel, reviewing Pataki's new position, other research |
| 60 | 6/22/13 | 4.10 | trial prep reviewing various cases and privilege logs issues going over motions made regarding privilege , |
| 61 | 6/23/13 | 2.10 | trial prep assistance voire dire questions researching same, substantive due process articles . Reviewing amended disclosures |
| 62 | 6/24/13 | 4.10 | review JPTO conference |
| 63 | 6/25/13 | 5.00 | drafting opp and research to Chad motion for advice of counsel |
| 64 | 6/25/13 | 3.00 | Working on subpoena issues coordinating and corresponding with with staff and counsel |
| 65 | 6/26/13 | 1.50 | reviwing emails from Hawaii and corresponding with staff |
| 66 | 6/27/13 | 3.00 | From hawaii corrsponding with counsel and officer regarding trial prep organizing staff support |

|    | A | B | C |
|----|---|---|---|
| 67 | 6/28/13 | 1.20 | review court decisoins correspond with counsel and staff from Hawaii |
| 68 | 6/28/13 | 1.80 | correspond with staff and counsel, review deps for trial prep working on rpepraing docunets for searching |
| 69 | 7/1/13 | 2.30 | working with counsel and staff to coordinate finalizing and filing of motions from Hawaii |
| 70 | 7/1/13 | 1.20 | review transcript of Dr Chung etc. from Hawaii, correspond with counsel and staff From Hawaii |
| 71 | 7/2/13 | 2.20 | review MIL and opps to our motions correspond with counsel from Hawaii |
| 72 | 7/2/13 | 1.00 | corresponde with office re client issues review correspondence from Hawaii |
| 73 | 7/3/13 | 0.80 | coorespond with counsel review various trial prep issues from Hawaii |
| 74 | 7/3/13 | 1.10 | reviewing trasncritps and helping with trial prep from hawaii |
| 75 | 7/4/13 | 0.40 | demand letter |
| 76 | 7/4/13 | 2.10 | review summaries and def annual report review for trial prep and demands |
| 77 | 7/4/13 | 2.90 | correspond with counsel help with trial prep from Hawii |
| 78 | 7/5/13 | 3.75 | review different motion in limine and other trial papers |
| 79 | 7/5/13 | 4.00 | meeting and preparation for same + working on motions in limine |
| 80 | 7/5/13 | 0.50 | help with trial prep research on defendants locations from Hawaii |
| 81 | 7/5/13 | 1.20 | correspond with counsel orgainzie trial prep |
| 82 | 7/7/13 | 0.60 | helping with Trail Prep from Hawaii |
| 83 | 7/10/13 | 2.00 | review trial transcripts coordinate some issues with clients |
| 84 | 8/3/13 | 1.00 | meeting co counsel and follow up |
| 85 | 8/14/13 | 1.50 | Draft status letter discuss case with counsel RR and AB |
| 86 | 9/16/13 | 2.00 | conference call with counsel prepare for conference and follow up |
| 87 | 9/25/13 | 3.00 | drafting declaration for fee application |
| 88 | 9/30/13 | 2.00 | finalizing fee application |
| 89 | | 166.29 | |
| 90 | | 600.00 | rate |
| 91 | | 99,774.00 | Total Load star |