David Roth FD NY Billing

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 235 | 1/2/2012 | 0.97 | 600.00 | $582.00 | Family Dollar | Review letter to Judge Berman and corrections |
| 236 | 1/2/2012 | 1.75 | 600.00 | $1,050.00 | Family Dollar | Call with Catelli verifying spreadsheet info |
| 237 | 1/3/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | interview sms |
| 238 | 1/3/2012 | 1.10 | 600.00 | $660.00 | Family Dollar | review Littler letter, email in response and check data for accuracy of claims |
| 239 | 1/3/2012 | 0.25 | 600.00 | $150.00 | Family Dollar | Review judges order |
| 240 | 1/4/2012 | 1.80 | 600.00 | $1,080.00 | Family Dollar | Deposition review, review notices, rad multiple interviews of sms |
| 241 | 1/4/2012 | 2.50 | 600.00 | $1,500.60 | Family Dollar | Review letters, updated class list and spreadsheets response to Ybarra |
| 242 | 1/5/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | prepare for call and review info |
| 243 | 1/6/2012 | 4.20 | 600.00 | $2,520.00 | Family Dollar | Research and review all 12 witnesses memo drafted |
| 244 | 1/6/2012 | 0.67 | 600.00 | $400.20 | Family Dollar | Review - letters and mamas order |
| 245 | 1/9/2012 | 3.75 | 600.00 | $2,250.00 | Family Dollar | review class notice and numerous witness |
| 246 | 1/9/2012 | 2.67 | 600.00 | $1,600.20 | Family Dollar | review updated class list |
| 247 | 1/10/2012 | 2.80 | 600.00 | $1,680.00 | Family Dollar | Rule 72 objection to J Maas order and multiple attachments, numerous communications with counsel |
| 248 | 1/10/2012 | 2.00 | 600.00 | $1,200.00 | Family Dollar | Draft letter to Cohn and consult with counsel |
| 249 | 1/11/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | Review McCarthy Dep |
| 250 | 1/11/2012 | 3.83 | 600.00 | $2,299.80 | Family Dollar | read Cohn's correspondence Draft and discuss the family dollar article and email to Joel Cohn re mediation, numerous communications back and forth |
| 251 | 1/12/2012 | 0.95 | 600.00 | $570.00 | Family Dollar | Defendants response to RFD and objections, review letter in response to deficiencies |
| 252 | 1/12/2012 | 1.75 | 600.00 | $1,050.00 | Family Dollar | working on expert - Crawford, review retention agreement discuss with counsel |
| 253 | 1/12/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | consulting with co counsel, reviewing status of ESI |
| 254 | 1/12/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | reading class notice |
| 255 | 1/13/2012 | 3.50 | 600.00 | $2,100.00 | Family Dollar | Objections to Rogs, supplement other answers and objections, review numerous correspondence between all counsel, review transcript abstracts |
| 256 | 1/13/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | notice Deposition raddle, look at audit |
| 257 | 1/17/2012 | 5.00 | 600.00 | $3,000.00 | Family Dollar | Review new spreadsheet and compare confirm use for damage analysis |
| 258 | 1/18/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | Analyzing production digest and look for index |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 259 | 1/18/2012 | 2.10 | 600.00 | $1,260.00 | Family Dollar | contact expert, draft request for immediate responses, review and draft correspondence between counsel |
| 260 | 1/19/2012 | 2.30 | 600.00 | $1,380.00 | Family Dollar | received deps from co counsel determine adequacy of testimony begin review |
| 261 | 1/19/2012 | 1.90 | 600.00 | $1,140.00 | Family Dollar | draft plan from conference review discovery, review Ybarra letter today |
| 262 | 1/19/2012 | 1.25 | 600.00 | $750.00 | Family Dollar | Conference with lawyers |
| 263 | 1/20/2012 | 0.50 | 600.00 | $300.00 | Family Dollar | expert + Fran for FD |
| 264 | 1/20/2012 | 1.17 | 600.00 | $700.20 | Family Dollar | Draft email for family dollar meet and confer and Ybarra production |
| 265 | 1/21/2012 | 0.95 | 600.00 | $570.00 | Family Dollar | read and discuss multiple emails from FD about productions along with data that we need. |
| 266 | 1/21/2012 | 1.45 | 600.00 | $870.00 | Family Dollar | Review FD production |
| 267 | 1/23/2012 | 2.80 | 600.00 | $1,680.00 | Family Dollar | conf, review ,multiple correspondence, Mediator letter, response to requests of information |
| 268 | 1/24/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | review class notice, multiple correspondence |
| 269 | 1/24/2012 | 0.80 | 600.00 | $480.00 | Family Dollar | read rough of ferieri |
| 270 | 1/24/2012 | 0.25 | 600.00 | $150.00 | Family Dollar | review order discuss with counsel |
| 271 | 1/25/2012 | 0.85 | 600.00 | $510.00 | Family Dollar | subpoenas for outside hr. company, multiple correspondence |
| 272 | 1/26/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | analyze the FD production Adelstien missing docs numerous correspondence, review FD ;letter containing objects |
| 273 | 1/27/2012 | 1.70 | 600.00 | $1,020.00 | Family Dollar | received supplemental rule 26 disclosures lots of additional names checked against prior productions |
| 274 | 1/28/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | review late disclosures sent by FD discuss with counsel |
| 275 | 1/30/2012 | 1.75 | 600.00 | $1,050.00 | Family Dollar | Correspondence with co counsel and reviewing letters sent, review rule 23j letter, |
| 276 | 1/31/2012 | 2.30 | 600.00 | $1,380.00 | Family Dollar | read review FD exchange and correspond with counsel look at documents and correspond with expert and counsel about Radzley |
| 277 | 1/31/2012 | 0.75 | 600.00 | $450.00 | Family Dollar | Conference with expert and Fran and Mike |
| 278 | 2/1/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | discuss experts questions work on letter to FD |
| 279 | 2/1/2012 | 0.30 | 600.00 | $180.00 | Family Dollar | review letter Cohn - use of trial witnesses and docs and reply |
| 280 | 2/1/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | review strategy correspondence about the MDL docs |
| 281 | 2/2/2012 | 5.10 | 600.00 | $3,060.00 | Family Dollar | review correspondence regarding excel spreadsheets and questions from experts as well as expert report, analyze ESI letter from FD |

|     | A | B | C | D | E | F |
| --- | --- | --- | --- | --- | --- | --- |
| 282 | 2/3/2012 | 2.60 | 600.00 | $1,560.00 | Family Dollar | review proposed stip about MDL, conf with counsel spreadsheet analysis and 30b6 strategy for spreadsheet |
| 283 | 2/4/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | ESI letter covering three cases but applicable to FD NY |
| 284 | 2/5/2012 | 0.80 | 600.00 | $480.00 | Family Dollar | expert correspondence review report |
| 285 | 2/6/2012 | 4.18 | 600.00 | $2,509.80 | Family Dollar | Review expert report and numerous emails regarding strategy, unemployment docs for the plaintiffs |
| 286 | 2/7/2012 | 1.10 | 600.00 | $660.00 | Family Dollar | Correspondence from Cohn about expert witnesses and stipulation language, numerous emails between counsel |
| 287 | 2/8/2012 | 3.70 | 600.00 | $2,220.00 | Family Dollar | review demand letter, check numbers discuss with counsel |
| 288 | 2/9/2012 | 0.33 | 600.00 | $199.80 | Family Dollar | review numerous correspondence going back and forth |
| 289 | 2/9/2012 | 0.33 | 600.00 | $199.80 | Family Dollar | Review Ybarra letter |
| 290 | 2/9/2012 | 5.10 | 600.00 | $3,060.00 | Family Dollar | mediation prep |
| 291 | 2/9/2012 | 2.50 | 600.00 | $1,500.00 | Family Dollar | review Deposition rough Otero, prepare for settlement conference review spreadsheets make notebook |
| 292 | 2/10/2012 | 0.17 | 600.00 | $100.20 | Family Dollar | Review order denying stay |
| 293 | 2/10/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | Maas law secretary Matt Depo with Schilling and follow up and investigation |
| 294 | 2/10/2012 | 3.00 | 600.00 | $1,800.00 | Family Dollar | Court Appearance and preparation |
| 295 | 2/13/2012 | 0.97 | 600.00 | $580.20 | Family Dollar | Conference with attorneys |
| 296 | 2/15/2012 | 0.80 | 600.00 | $480.00 | Family Dollar | review expert notice of dep, draft correspondence to counsel contact expert |
| 297 | 2/16/2012 | 0.35 | 600.00 | $210.00 | Family Dollar | Expert dep contact and prep |
| 298 | 2/17/2012 | 0.35 | 600.00 | $210.00 | Family Dollar | discuss case with expert, communicate with JC |
| 299 | 2/17/2012 | 0.10 | 575.00 | $57.50 | Family Dollar | Edit and review Correspondence def. counsel |
| 300 | 2/18/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | Review letter to Maas research cases mentioned |
| 301 | 2/18/2012 | 0.20 | 600.00 | $120.00 | Family Dollar | communicate with JC |
| 302 | 2/20/2012 | 0.70 | 600.00 | $420.00 | Family Dollar | confer with counsel re raddle, JC correspondence |
| 303 | 2/21/2012 | 0.95 | 600.00 | $570.00 | Family Dollar | review consent degree communicate with counsel |
| 304 | 2/22/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | Judge Maas order and follow up and review dep summary, look at JC stip |
| 305 | 2/27/2012 | 1.80 | 600.00 | $1,080.00 | Family Dollar | settlement strategy mediation etc. communicate with counsel |
| 306 | 2/27/2012 | 0.50 | 600.00 | $300.00 | Family Dollar | Prep expert communications with counsel |
| 307 | 2/28/2012 | 2.10 | 600.00 | $1,260.00 | Family Dollar | prepare for dep review report and expert deps |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 308 | 2/29/2012 | 3.20 | 600.00 | $1,920.00 | Family Dollar | Expert talk and expert supp report worked on, prep for dep and numerous communications b between counsel |
| 309 | 3/1/2012 | 2.50 | 600.00 | $1,500.00 | Family Dollar | expert dep prep and travel - cancelled while on train |
| 310 | 3/2/2012 | 2.80 | 600.00 | $1,680.00 | Family Dollar | read pre-motion letter discuss with counsel review doc sent by co counsel |
| 311 | 3/2/2012 | 0.70 | 600.00 | $420.00 | Family Dollar | numerous correspondence reviewed and communication regarding the dep of expert |
| 312 | 3/6/2012 | 0.50 | 600.00 | $300.00 | Family Dollar | Expert Dep discussions |
| 313 | 3/8/2012 | 0.80 | 600.00 | $480.00 | Family Dollar | Radzley issues communications with JC |
| 314 | 3/9/2012 | 0.50 | 600.00 | $300.00 | Family Dollar | correspond w Fad counsel, check dates of expert |
| 315 | 3/12/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | discuss with counsel how to handle refusal to produce raddle docs |
| 316 | 3/13/2012 | 0.35 | 600.00 | $210.00 | Family Dollar | expert bill reviewed |
| 317 | 3/14/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | prepare for mediation conf review docs, review subpoenas |
| 318 | 3/15/2012 | 2.10 | 600.00 | $1,260.00 | Family Dollar | review proposal discuss with counsel, distribute demand letter, |
| 319 | 3/15/2012 | 0.75 | 600.00 | $450.00 | Family Dollar | Conference Mark Rudy + prep |
| 320 | 3/16/2012 | 0.80 | 600.00 | $480.00 | Family Dollar | reviewed results of subpoenas |
| 321 | 3/21/2012 | 0.65 | 600.00 | $390.00 | Family Dollar | Review stip re expert, review mediation statement comments |
| 322 | 3/23/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | mediation statement reviewed , raddle issue discussed , review case law from def. |
| 323 | 3/27/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | range of damages for Crawford's supp report prep for mediation |
| 324 | 3/28/2012 | 2.60 | 600.00 | $1,560.00 | Family Dollar | prepare mediation organize case law |
| 325 | 3/29/2012 | 3.50 | 600.00 | $2,100.00 | Family Dollar | prepare for mediation, |
| 326 | 3/30/2012 | 9.00 | 600.00 | $5,400.00 | Family Dollar | mediation |
| 327 | 4/1/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | research and review responses  looking at FWW |
| 328 | 4/3/2012 | 1.40 | 600.00 | $840.00 | Family Dollar | Data from FD spreadsheets reviewed |
| 329 | 4/6/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | Settlement emails raddle and review case law re refusing to give us docs |
| 330 | 4/9/2012 | 0.10 | 600.00 | $60.00 | Family Dollar | discuss follow docs with mediator |
| 331 | 4/13/2012 | 1.25 | 600.00 | $750.00 | Family Dollar | industrial board of appeals scanned and reviewed |
| 332 | 4/14/2012 | 3.25 | 600.00 | $1,950.00 | Family Dollar | review spreadsheets determine accuracy/ shinew etc. |
| 333 | 4/16/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | prepare for meeting review FWW etc. |
| 334 | 4/17/2012 | 8.00 | 600.00 | $4,800.00 | Family Dollar | Meeting Family dollar settlement |
| 335 | 4/18/2012 | 0.75 | 600.00 | $450.00 | Family Dollar | Going over mediation with co counsel setting parameters |
| 336 | 4/19/2012 | 0.30 | 600.00 | $180.00 | Family Dollar | review letter to the court |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 337 | 4/24/2012 | 7.67 | 600.00 | $4,600.20 | Family Dollar | Deposition Crawford and travel + Prep |
| 338 | 4/25/2012 | 11.00 | 600.00 | $6,600.00 | Family Dollar | Deposition Crawford + travel |
| 339 | 4/27/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | correspondence request JC and discuss with counsel Crawford docs |
| 340 | 5/1/2012 | 2.10 | 600.00 | $1,260.00 | Family Dollar | Conf JC and follow up with counsel |
| 341 | 5/3/2012 | 1.33 | 600.00 | $799.80 | Family Dollar | Read FD expert report |
| 342 | 5/11/2012 | 0.75 | 600.00 | $450.00 | Family Dollar | edit letter to court regarding mediation, discuss with counsel |
| 343 | 5/13/2012 | 0.35 | 600.00 | $210.00 | Family Dollar | communicate with JC stip and research sending issues |
| 344 | 5/15/2012 | 0.40 | 600.00 | $240.00 | Family Dollar | review correspondence from FD re court and mediator |
| 345 | 5/18/2012 | 0.35 | 600.00 | $210.00 | Family Dollar | Mediation strategy co counsel communications |
| 346 | 5/21/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | Conference with multiple counsel regarding settlement talks regarding |
| 347 | 5/22/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | Conference call with Plaintiffs 915 - 10:15 msh cg |
| 348 | 7/31/2012 | 0.25 | 600.00 | $150.00 | Family Dollar | communicate with counsel re FD default |
| 349 | 8/12/2012 | 2.75 | 600.00 | $1,650.00 | Family Dollar | prepare for mediation review fww |
| 350 | 8/13/2012 | 3.00 | 600.00 | $1,800.00 | Family Dollar | prepare for mediation review new case law, |
| 351 | 8/14/2012 | 8.00 | 600.00 | $4,800.00 | Family Dollar | Review of documents and preparation for mediation along with travel form NY to San Francisco |
| 352 | 8/15/2012 | 11.00 | 600.00 | $6,600.00 | Family Dollar | Review documents for mediation, preparation for mediation and continuing discussions with co counsel |
| 353 | 8/16/2012 | 2.00 | 600.00 | $1,200.00 | Family Dollar | Attendance at mediation travel back to Dallas |
| 354 | 8/21/2012 | 1.30 | 600.00 | $780.00 | Family Dollar | Ward - FD expert going over numbers with counsel |
| 355 | 8/21/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | prep with counsel for mediation |
| 356 | 8/21/2012 | 10.00 | 600.00 | $6,000.00 | Family Dollar | Mediation attendance preparation of and follow up |
| 357 | 8/22/2012 | 1.20 | 600.00 | $720.00 | Family Dollar | read mediation follow up letter review for accuracy discuss the issue about global settlement and send correspondence to mediator |
| 358 | 8/27/2012 | 1.00 | 600.00 | $600.00 | Family Dollar | read correspondence re mediation, mediator, co counsel discuss |
| 359 | 8/28/2012 | 1.10 | 600.00 | $660.00 | Family Dollar | Mediation follow up discuss developments with counsel |
| 360 | 8/31/2012 | 0.90 | 600.00 | $540.00 | Family Dollar | settlement review emails and letters |
| 361 | 9/7/2012 | 0.30 | 600.00 | $180.00 | Family Dollar | Review correspondence between counsel letters to court |
| 362 | 9/28/2012 | 0.10 | 600.00 | $60.00 | Family Dollar | mediation follow up with counsel |
| 363 | 10/8/2012 | 2.70 | 600.00 | $1,620.00 | Family Dollar | Review of preliminary approval of settlement |
| 364 | 10/9/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | claim form |
| 365 | 10/9/2012 | 0.70 | 600.00 | $420.00 | Family Dollar | Prelim approval and other docvs from FD certain provisions discussed between counsel |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 366 | 10/11/2012 | 2.30 | 600.00 | $1,380.00 | Family Dollar | edits to settlement docs reviewed |
| 367 | 10/15/2012 | 3.30 | 600.00 | $1,980.00 | Family Dollar | Review of prelim approval Fad edits and communicate with counsel |
| 368 | 10/16/2012 | 4.70 | 600.00 | $2,820.00 | Family Dollar | Prelim approval docs review discuss with counsel |
| 369 | 10/17/2012 | 1.80 | 600.00 | $1,080.00 | Family Dollar | Settlement docs reviewed language going over with counsel |
| 370 | 10/18/2012 | 1.80 | 600.00 | $1,080.00 | Family Dollar | correspondence back forth over settlement docs read case law |
| 371 | 10/22/2012 | 2.10 | 600.00 | $1,260.00 | Family Dollar | Settlement agreement going over language discussion with counsel |
| 372 | 10/23/2012 | 1.30 | 600.00 | $780.00 | Family Dollar | Review of FD settlement agreement |
| 373 | 10/24/2012 | 0.50 | 600.00 | $300.00 | Family Dollar | Discussion of Dollar Gen case |
| 374 | 10/24/2012 | 1.50 | 600.00 | $900.00 | Family Dollar | Review of SETTLEMENT AGREEMENT AND CONFERENCE CALL |
| 375 | 10/25/2012 | 1.40 | 600.00 | $840.00 | Family Dollar | review prelim approval memo of law |
| 376 | 10/25/2012 | 2.90 | 600.00 | $1,740.00 | Family Dollar | review settlement agreement |
| 377 | 10/26/2012 | 0.85 | 600.00 | $510.00 | Family Dollar | research other cases |
| 378 | 11/3/2012 | 0.60 | 600.00 | $360.00 | Family Dollar | review claim forms |
| 379 | 11/5/2012 | 3.00 | 600.00 | $1,800.00 | Family Dollar | Call with counsel re settlement docs and discuss |
| 380 | 11/7/2012 | 1.10 | 600.00 | $660.00 | Family Dollar | Settlement agreement legal start discussed |
| 381 | 11/8/2012 | 1.60 | 600.00 | $960.00 | Family Dollar | Settlement call and discussions research settlement case law |
| 382 | 11/9/2012 | 0.40 | 600.00 | $240.00 | Family Dollar | correspondence and discussion about case status |
| 383 | 11/12/2012 | 0.20 | 600.00 | $120.00 | Family Dollar | class member status call |
| 384 | 12/12/2012 | 0.10 | 600.00 | $60.00 | Family Dollar | expert issues |
| 385 | 12/28/2012 | 1.90 | 575.00 | $1,092.50 | Family Dollar | Analyzing individual claims off data provided by FD |
| 386 |  |  |  |  |  |  |
| 387 | Totals | 633.02 |  | $367,400.70 |  |  |
| 388 |  |  |  |  |  |  |
| 389 |  |  |  |  |  |  |
| 390 |  |  |  |  |  |  |
| 391 |  |  |  |  |  |  |