|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DIANE & CIERA'S HOURS FOR CIVIL CONFINEMENT CASE | | | | | |
| 2 | | | | | | |
| 3 | DIANE CLEMENDOR | | | | | |
| 4 | | | | | | |
| 5 | 1/10/2012 | | entered calendar information about 1/31/12 conference | 0.1 | | |
| 6 | 4/25/2012 | | entered calendar information about 5/8/12 conference | 0.1 | | |
| 7 | 5/16/2012 | | Did accurint search of Johnny J Torres | 0.2 | | |
| 8 | 7/27/2012 | | email sent to Ameer Benno about documents received | 0.1 | | |
| 9 | 3/1/2013 | | accurint search for Kenneth Bailey | 0.3 | | |
| 10 | 3/4/2013 | | emailed draft letter to attorneys for Kenneth Bailey | 0.1 | | |
| 11 | 3/4/2013 | | Letter to Kenneth Bailey to contact the office | 0.1 | | |
| 12 | 3/5/2013 | | entered calendar information about 3/15/13 conference | 0.1 | | |
| 13 | 3/21/2013 | | Letter to Kenneth Bailey to contact the office | 0.1 | | |
| 14 | 4/25/2013 | | printed 11 deposition transcripts | 0.5 | | |
| 15 | 4/30/2013 | | sent deposition transcripts to Reza Rezvani | 0.3 | | |
| 16 | 5/6/2013 | | Sent letter to Douglas Goglia at the AG's office | 0.3 | | |
| 17 | 5/7/2013 | | Phone call to CED Reporting to obtain copy of transcript for Hoge deposition | 0.2 | | |
| 18 | 5/21/2013 | | emailed transcripts to Reza Rezvani | 0.2 | | |
| 19 | 6/7/2013 | | Printed, scanned and OCR the OHM Foresnic Manual | 0.8 | | |
| 20 | 6/7/2013 | | emailed the OHM Foresnic Manual to attorneys | 0.1 | | |
| 21 | 6/10/2013 | | prepared 18 subpoenas to be served on the AG's office | 3 | | |
| 22 | 6/10/2013 | | emailed the subpoenas to attorneys for final approval | 0.1 | | |
| 23 | 6/10/2013 | | sent emails to attorneys re: subpoenas | 0.1 | | |
| 24 | 6/11/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 25 | 6/11/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 26 | 6/11/2013 | | Did research for subpoena fees for Federal subpoena | 0.4 | | |
| 27 | 6/11/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 28 | 6/11/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 29 | 6/11/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 30 | 6/12/2013 | | Prepared 8 subpoenas to be served | 1 | | |
| 31 | 6/12/2013 | | Prepared 4 subpoenas to be served | 0.8 | | |
| 32 | 6/12/2013 | | Did accurint search on Evelyn Perkins | 0.2 | | |
| 33 | 6/12/2013 | | Sent information to attorneys for Evelyn Perkins | 0.1 | | |
| 34 | 6/13/2013 | | Responded to email from Ameer Benno | 0.1 | | |
| 35 | 6/13/2013 | | Letter to Evelyn Perkins to contact our office | 0.1 | | |
| 36 | 6/13/2013 | | Letter to Office of AG w/ subpoenas (prepared subpoenas) | 1 | | |
| 37 | 6/13/2013 | | Letter to Servico w/ subpoenas | 0.3 | | |
| 38 | 6/14/2013 | | Did accurint searches for several defendants | 0.8 | | |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 39 | 6/14/2013 |  | Prepared subpoenas and letter to Servico to be served | 0.8 |  |  |
| 40 | 6/14/2013 |  | scanned, OCR and emailed transcripts to Reza Rezvani | 1 |  |  |
| 41 | 6/14/2013 |  | phone call to Servico to effectuate service on all parties | 0.4 |  |  |
| 42 | 6/17/2013 |  | phone call w/ Servico re: service of subpoenas | 0.1 |  |  |
| 43 | 6/17/2013 |  | prepared subpoena for new witness to be served | 0.2 |  |  |
| 44 | 6/17/2013 |  | Did accurint searches for several defendants | 2 |  |  |
| 45 | 6/17/2013 |  | phone call w/ Servico re: serving supboena in Canada | 0.2 |  |  |
| 46 | 6/17/2013 |  | email to Ameer Benno re: subpoenas | 0.1 |  |  |
| 47 | 6/17/1931 |  | email to Ameer Benno re: subpoenas | 0.1 |  |  |
| 48 | 6/17/2013 |  | did accurint searches for two new witnesses | 0.2 |  |  |
| 49 | 6/17/2013 |  | email to attorneys re: accurint searches done | 0.1 |  |  |
| 50 | 6/18/2013 |  | email response to attorneys re: serving subpoenas in Canada | 0.1 |  |  |
| 51 | 6/18/2013 |  | Did accurint search of Miraglia | 0.2 |  |  |
| 52 | 6/18/2013 |  | email to attorneys re: accurint searches/service of subpoenas | 0.1 |  |  |
| 53 | 6/18/2013 |  | Letter to Servico w/ subpoenas | 0.3 |  |  |
| 54 | 6/19/2013 |  | phone call to Donna @ Servico re: service of subpoenas | 0.4 |  |  |
| 55 | 6/19/2013 |  | phone call to Donna @ Servico re: service of subpoenas | 0.3 |  |  |
| 56 | 6/20/2013 |  | email to attorneys re: service of subpoenas | 0.2 |  |  |
| 57 | 6/21/2013 |  | Called court re: 5/13/10 transcript | 0.2 |  |  |
| 58 | 6/21/2013 |  | went to court to pick up transcripts | 1.5 |  |  |
| 59 | 6/21/2013 |  | email to attorneys re: service of subpoenas | 0.1 |  |  |
| 60 | 6/21/2013 |  | scanned and emailed copy of transcripts to attorneys | 0.5 |  |  |
| 61 | 6/21/2013 |  | counted SVPGOV-1 documents | 2 |  |  |
| 62 | 6/21/2013 |  | called Federal court re: 2nd transcript | 0.1 |  |  |
| 63 | 6/21/2013 |  | emailed copy of 2nd transcript to all attys | 0.1 |  |  |
| 64 | 6/24/2013 |  | Called USDC in Florida re: testimony | 0.5 |  |  |
| 65 | 6/24/2013 |  | sent list of all subpoenas which went to Service & the AG's office to be served | 0.3 |  |  |
| 66 | 6/24/2013 |  | 2nd call to USDC in Florida re: testimony | 0.2 |  |  |
| 67 | 6/24/2013 |  | Called Servico and asked them not to serve several subpoenas | 0.2 |  |  |
| 68 | 6/24/2013 |  | Manually revised a copy of Lpp 26a3 disclosure for attorneys | 2 |  |  |
| 69 | 6/25/2013 |  | email to attorneys re: service of subpoenas | 0.2 |  |  |
| 70 | 6/25/2013 |  | email to attorneys re: motions | 0.1 |  |  |
| 71 | 6/25/2013 |  | I called J Rakoff's chambers re: motions | 0.1 |  |  |
| 72 | 6/26/2013 |  | Hand delivered letter to J. Rakoff @ USDC | 1.2 |  |  |
| 73 | 6/26/2013 |  | called the press office at the AG's office re: service of subpoena | 0.4 |  |  |
| 74 | 6/26/2013 |  | Prepared subpeonas and letter to Servico to serve subpoena | 0.4 |  |  |

|     | A | B | C | D | E | F |
| --- | --- | --- | --- | --- | --- | --- |
| 75 | 6/26/2013 | | Prepared subpoena for Kevin Quinn and Kenneth Bailey and sent to Servico | 0.3 | | |
| 76 | 6/26/2013 | | Hand delivered Motionsi n Limine to USDC | 1.2 | | |
| 77 | 6/28/2013 | | prepared subpoena, letter and ups to Gissen & Zawyer in Florida, then met Reza Rezvani @ Brooklyn Bridge | 2.5 | | |
| 78 | 6/28/2013 | | Checked into hotels for Massei, Warren and Bailey for their stay during the trial | 1.3 | | |
| 79 | 7/1/2013 | | Went to court and picked up writs for Brooks and Trocchio, served it on the Marshall's office | 2 | | |
| 80 | 7/1/2013 | | Prepared letter w/ Writs for Charles Brooks and Trocchio and went to UPS | 1 | | |
| 81 | 7/1/2013 | | Responded to email from Reza Rezvani | 0.2 | | |
| 82 | 7/1/2013 | | Responded to email from attorneys re transcripts | 0.2 | | |
| 83 | 7/2/2013 | | Prepared letter to Servico w/ subpoena and went to UPS | 0.3 | | |
| 84 | 7/2/2013 | | Hand delivered letter to J. Rakoff @ USDC | 1.5 | | |
| 85 | 7/2/2013 | | Took Writs to court to add the Court's seal and served the US Marshall's office | 0.5 | | |
| 86 | 7/2/2013 | | Phone call to Officer White at the Suffolk County Sheriff's office | 0.4 | | |
| 87 | 7/2/2013 | | Phone call to J Rakoff's Chambers re: Writs | 0.3 | | |
| 88 | 7/2/2013 | | Phone call to Officer White at the Suffolk County Sheriff's office | 0.5 | | |
| 89 | 7/2/2013 | | email to attorneys re: Writs | 0.2 | | |
| 90 | 7/2/2013 | | email to attorneys re: subpoenas | 0.2 | | |
| 91 | 7/2/2013 | | email to attorneys re: subpoenas | 0.2 | | |
| 92 | 7/3/2013 | | Spoke to Teresa Fazio at CNYPC re: Mr. Brooks being transported to NY for Trial | 0.5 | | |
| 93 | 7/3/2013 | | Prepared letter to Servico w/ subpoena and went to UPS | 0.8 | | |
| 94 | 7/3/2013 | | sent emails to attorneys re: status of subpoenas | 0.3 | | |
| 95 | 7/3/2013 | | sent emails to attorneys re: status of subpoenas | 0.3 | | |
| 96 | 7/3/2013 | | Prepared subpoena for Richard Miraglia and sent to Servico by UPS | 0.3 | | |
| 97 | 7/5/2013 | | Phone conversation w/ Ameer Benno | 0.2 | | |
| 98 | 7/5/2013 | | Phone conversation w/ Jeffrey Rothman | 0.3 | | |
| 99 | 7/5/2013 | | did accurint search on Mary Ann Ross | 0.4 | | |
| 100 | 7/8/2013 | | Sent Writs to Suffolk County Sheriff's office | 0.3 | | |
| 101 | 7/8/2013 | | went to court, dropped off verdict sheets, picked up writs for Warren and Massei, filed writs w/ Marshall's office | 3 | | |
| 102 | 7/8/2013 | | did hotel search for hotel for Kenneth Bailey | 0.6 | | |
| 103 | 7/8/2013 | | Sent Writs to St. Lawrence County Sheriff's Office | 0.3 | | |
| 104 | 7/8/2013 | | email to attorneys re: verdict sheets | 0.2 | | |
| 105 | 7/9/2013 | | scanned transcripts and emailed them to Fedex for printing for pickup in the AM | 0.4 | | |
| 106 | 7/9/2013 | | Did accurint search of Miraglia | 0.2 | | |
| 107 | 7/9/2013 | | Phone conversation with witness | 0.4 | | |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 108 | 7/9/2013 | | Phone conversation with Mike Crowe, County Atty for St. Lawrence re: Writs | 0.4 | | |
| 109 | 7/9/2013 | | email to attorneys re: Writs | 0.3 | | |
| 110 | 7/9/2013 | | email to attorneys re: Kenneth Bailey | 0.2 | | |
| 111 | 7/9/2013 | | Phone conversation with witness | 0.2 | | |
| 112 | 7/9/2013 | | email to attorneys re: Kenneth Bailey | 0.2 | | |
| 113 | 7/9/2013 | | email to attorneys re: Kinkos pick up of documents | 0.2 | | |
| 114 | 7/10/2013 | | reservation for Kenneth Bailey at The Bowery House | 0.5 | | |
| 115 | 7/10/2013 | | did accurint search for Kevin Quinn | 0.3 | | |
| 116 | 7/10/2013 | | email to attorneys re: Kenneth Bailey | 0.1 | | |
| 117 | 7/10/2013 | | email to attorneys re: status of subpoenas | 0.2 | | |
| 118 | 7/11/2013 | | reservation for Kenneth Bailey at Hotel 17 | 0.5 | | |
| 119 | 7/11/2013 | | email to attorneys w/ subpoenas | 0.5 | | |
| 120 | 7/15/2013 | | Sent western union to Shelby Brooks | 0.4 | | |
| 121 | 7/15/2013 | | Reservation for Carla Pederson with airline made | 0.6 | | |
| 122 | 7/15/2013 | | Letter to Servico w/ subpoenas | 0.3 | | |
| 123 | 7/16/2013 | | reservation for Carla Pederson with Prime Time Limousine and United Airlines | 0.7 | | |
| 124 | 7/16/2013 | | reservation for Carla Pederson at The Bowery House | 0.7 | | |
| 125 | 7/17/2013 | | Did accurint searches for several defendants | 2 | | |
| 126 | 7/18/2013 | | made reservatohn for Kenneth Bailey to return to Elmira, spoke to Officers Valerio & Pirozzolo | 0.5 | | |
| 127 | 7/18/2013 | | did letter for Charleice Brooks | 0.1 | | |
| 128 | 7/18/2013 | | did letter and fax to PO Valerio re: Kenneth Bailey | 0.2 | | |
| 129 | 7/19/2013 | | Prepared subpoena for Ken Lovett at NY Post | 0.2 | | |
| 130 | | | | 59.6 | | |
| 131 | | | | $5,960.00 | $100 | Rate |
| 132 | **TOTAL** | | | | | |
| 133 | | | | | | |
| 134 | | | | | | |
| 135 | | | | | | |
| 136 | | | | | | |
| 137 | **CIERA lomax** | | | | | |
| 138 | | | | | | |
| 139 | 6/13/2013 | | went to AG's office to serve subpoenas | 3 | | |
| 140 | 5/24/2013 | | filed so-ordered stip in court | 1.5 | | |
| 141 | 6/12/2013 | | scanned transcripts | 4 | | |
| 142 | 6/20/2013 | | hand delivered letter to court | 1.5 | | |
| 143 | **TOTAL HOURS** | | | 10 | | |
| 144 | | | | $500 | $50 | Rate |