|  | A | B | C |
|---|---|---|---|
| 1 | Wilma Velez, Paralegal | | |
| 2 | | | |
| 3 | **Date** | **Time** | **task/work performed** |
| 4 | | | |
| 5 | 1/15/2013 | 0.5 | copied, scanned and mailed letters to clients with copy of court decision. |
| 6 | | | |
| 7 | 1/10/2013 | 0.3 | copies, scanned and mailed letter enc decision to Ms. Torres (Burgos sister) |
| 8 | | | |
| 9 | 2/14/2013 | 0.2 | remailed letter enc decision to Ms. Torres via UPS |
| 10 | | | |
| 11 | 2/19/2013 | 0.1 | emailed DAR, RR, AB copy of final letter enc decision to Ms. Torres |
| 12 | | | |
| 13 | 2/20/2013 | 0.2 | received Mr. Burgos signed/notarized declaration in support of Plaintiffs-Appellant's motion - copied & scanned |
| 14 | | | |
| 15 | 4/1/2013 | 0.1 | emailed DAR, RR, AB Atty General 3//21/13 letter enc disc |
| 16 | | | |

| | A | B | C |
|---|---|---|---|
| 17 | 4/5/2013 | 0.5 | typed, copied, scanned and mailed letters to clients - Massei, Bailey, Brooks, Trocchio & Warren confirming retainer (except Burgos) |
| 18 | | | |
| 19 | 4/16/2013 | 0.1 | emailed draft ltr to Burgos to AB for review |
| 20 | | | |
| 21 | 4/16/2013 | 0.5 | draft letter/typed, copied, scanned (final form) ltr to Burgos confirming retainer |
| 22 | | | |
| 23 | 4/17/2013 | 1.5 | several phone calls and emails with RR/DAR, Sylvia Torres and Mr. Burgos re: questions they had regarding retainer agreement |
| 24 | | | draft/English/spanish translation of status letter re: possibility of settlement discussions or offers at next court date |
| 25 | | | |
| 26 | 4/18/2013 | 0.3 | email to RR final draft of 4/17/13 ltr |

|  | A | B | C |
|---|---|---|---|
| 27 |  | 0.3 | mailed final to Mr. Burgos, Sr. - also called Ms. Torres to advise |
| 28 |  |  |  |
| 29 | 4/24/2013 | 0.1 | Mr. Brooks called - wants to discuss conversation he had with attorney "frishberg" took message, emailed attorneys |
| 30 |  |  |  |
| 31 | 4/26/2013 | 0.2 | made correction to retainer "paralegal/atty fees) re-mailed letter to clients - Ms. Torres and Mr. Burgos 4/17/12 ltr |
| 32 |  |  |  |
| 33 | 4/26/2013 | 0.3 | Ms. Torres called - has not received letter - will call her father to see if recd - I confirmed both mailing addresses |
| 34 |  |  |  |
| 35 | 5/1/2013 | 0.2 | As per DAR, returned client's call - l/m on home and cell #s - Message: RR will return call to discuss attys fees |
| 36 |  |  |  |

|     | A | B | C |
| --- | --- | --- | --- |
| 37 | 5/1/2013 | 0.2 | emailed corrected retainer to DAR/RR/AM (attys fees language) for review |
| 38 |  |  |  |
| 39 | 5/10/2013 | 0.3 | Ms. Torres called - req telephone conference. Emailed attys DAR, AB, RR |
| 40 |  |  |  |
| 41 | 5/13/2013 | 0.5 | Ms. Torres called - conferenced AB, DAR Ms. Torres and Mr. Burgos into call - discussed Agreement for Legal Services - |
| 42 |  |  | faxed same to Staples and and Ms. Torres faxed back executed page. |
| 43 |  |  |  |
| 44 | 5/17/2013 | 0.2 | As per DAR, scanned Court documents, gave to DC |
| 45 |  |  |  |
| 46 | 5/29/2013 | 0.2 | remailed ltr to Lisa Massei enc retainer agreement letter |
| 47 |  |  |  |
| 48 | 5/29/2013 | 0.1 | emailed executed retainer signed by Sylvia Torres to DAR, RR, AB |

| | A | B | C |
|---|---|---|---|
| 49 | | | |
| 50 | 5/29/2013 | 0.2 | Transcripts given to Aaron Goldbloom for RR |
| 51 | | | |
| 52 | 6/14/2013 | 0.2 | Ameer called - instructed me to call process server to effectural service by personal service only |
| 53 | | | |
| 54 | 7/11/2013 | 2 | Hotel arrangements for witnesses |
| 55 | | 9.3 | |
| 56 | | $930 | Rate $100 |