# Exhibit A

# Richard Gross
Rubert and Gross
150 Broadway, Suite 712
New York, NY 10038
Tel.: (212) 608-3103; Cell: (718) 810-2688
Fax: (212) 608-1316
Richardgrosscourt@yahoo.com

<u>Bailey, et al.</u> (civil commitments) Time

| Date | Time Spent (hours) | Activity |
| --- | --- | --- |
| 7/23/09 | 1.0 | Talk with Rothman re case and read Rakoff decision denying motion to dismiss |
| 7/24/09 | .1 | Talk with Jeff re Ameer appearance before Rakoff today |
| 7/27/09 | .5 | Reviewed and made notes on Patterson, Miner V Glens Falls |
| | 2.5 | Massei complaint sent to Rothman; review of Patterson v. Coughlin, and Miner cases |
| 7/29/09 | .3 | Review for meeting with other counsel |
| | 3.5 | Meeting with other consortium counsel re case |
| 8/7/09 | .3 | Phone conversation-Benno |
| 8/11/09 | 1.7 | Emails re developments re class action, and re SOL issues (false imprisonment, Heck concerns); Review of Beeno opposition to motion to dismiss and SVP background sheets |
| | 2.6 | Meeting with other consortium counsel re discovery issues and case strategy, and re class action issues |
| 8/13/09 | 1.3 | Emails with other counsel read Benno letter brief to J Rakoff re amendment to add class allegations; Rakoff, decision and rules, email to consortium |
| | .2 | Review Benno letter brief-Motion to Amend |
| | .2 | Review Rackoff-SJ reaffirming denial, Rackoff Rules |
| 8/14/09 | .2 | Emails with Benno re conf. call today with Rakoff re possible bifurcation |
| | .3 | Review of documents-defendant list, request for documents. |
| | .3 | Talks with other Ps counsel re discov issues |
| 8/15/09 | .2 | Emails re talk with AG's office and next steps |
| 8/17/09 | .3 | 12(c) motion |
| | .5 | Review of Massei complaint and answer; Rezzi chart re liability |
| | 1.5 | Meeting with other counsel re 12(c) motion and re new plaintiffs and re discovery issues and re striking affirm defenses |

| 8/19/09 | .4 | Review Article 10-discuss |
|---|---|---|
|  | .2 | Emails re subpoena to Parole and re class complaint |
| 8/20/09 | .5 | Emails re subpoenas and other discovery matters, and re fee matters |
| 8/21/09 | .7 | Review disclosure -Massei, Trocchio , class action allegation, Rackoff decision 8/19, subpoena, case management order<br>Emails re discovery issues |
| 8/23/09 | .4 | Correspondence-disclosures--subpoenas-EBT's |
| 8/24/09 | .2 | Emails re discovery issues |
| 8/25/09 | .3 | Phone call re discov with Roth |
| 8/26/09 | .2 | Review class action complaint-Benno |
| 8/26/09 | 1.5 | Meeting re discovery matters and re things to do |
| 8/27/09 | .8 | Review of previous materials |
|  | .2 | Emails re discovery |
|  | .1 | Email re Rakoff decision re subpoena issuance |
|  | .2 | Further conf. call with colleagues, and with law clerk |
| 8/28/09 | .2 | Review and edits regarding letter to Rakoff to quash MHLS subpoena |
|  | .4 | Emails re class complaint / jury demand or not, and conference call re same |
|  | .5 | Emails re discovery and motion matters, and re deps |
| 9/11/09 | .3 | Review memo of law on 12(c) and strike 12(f) |
|  | 1.6 | Conf. call with other consortium counsel re discovery, deps, experts |
|  | .1 | Emails with other consortium counsel re discovery, deps, experts |
| 9/22/09 | .7 | Review and analyze defendants opp - 12 c motion |
| 10/20/09 | .4 | Read Ds' opp to our motion challenging their priv assertions |
|  | .3 | Read Ds' motion for prot order barring upper level deps |
| 10/21/09 | .7 | Found, reviewed and materials to Benno re Ds' motion for prot order barring upper level deps |
|  | 3.0 | Meeting with plaintiffs' team (half hour was talking to Rothman) |
| 10/25/09 | .3 | Read AG's motion to vacate prot. order re use of Ps dep tnscpts |
|  | .3 | Read emails from Mantell re AG's motion to vacate prot order re use of info at Ps' Art 10 proceedings |
|  | .3 | Read Ds' reply re deps of high-ranking deponents |
| 11/1/09 | .4 | Read Benno opp to AG's motion to vacate prot order re use of P's dep testimony at Art. 10 proceedings |
| 11/2/09 | .5 | Read Rakoff decision and emails re upper-level dep quashing |

| | | |
|---|---|---|
| 11/2/09 | 2.5 | Meeting with team members |
| 11/3/09 | .5 | Conf. call with other team members |
| | .2 | Further talk with other team members re discovery issues |
| | .2 | Review SDNY Local Rule 54.1, and email re same. |
| 11/13/09 | .4 | Read AG's opp to our questions to 2 supervisors |
| | 2.5 | Meeting with other Ps' counsel - participated by phone |
| 11/15/09 | .2 | Emails re discovery issues |
| 11/23/09 | 1.0 | Meeting with other consortium counsel |
| | .1 | Read Rakoff decision re lifting protective order |
| 11/30/09 | .2 | Read Rakoff interim decision re whether to quash supervisory deps; emails re same and re motion on the pleadings |
| | .2 | Emails re Rakoff order for Carpinello to appear in court to be questioned ex parte |
| 12/15/09 | 2.5 | Meeting re deposing Pataki |
| 12/21/09 | .2 | Emails re dep scheduling |
| 12/22/09 | .2 | Emails re dep scheduling |
| 1/5/10 | 3.5 | Mtg with other Ps' consortium counsel, and conf. call with Rakoff's law clerk |
| 1/6/10 | .3 | Emails re import of Rakoff decision to allow supervisors to testify at the trial, but only w/in the scope of their 2 hour dep testimony |
| 1/18/10 | .3 | Read Rakoff denial of our motion for judgment on the pleadings |
| | .4 | Talk to Rothman re Pataki dep and spoliation issues re governor's files |
| 2/4/10 | 1.1 | Conference call Benno and Roth regarding using Dr. Harris |
| 2/12/10 | .3 | Email -other Ps' counsel re Pataki dep and spoliation issue |
| 2/18/10 | 2.3 | Meeting with other Ps' counsel re spoliation and discovery issues |
| 3/18/10 | .3 | Read AG's opp re delib process priv documents |
| | .4 | Talk to Benno re SJ motion |
| | .1 | Read Rakoff Order re the attny-client priv'd document |
| 3/24/10 | .5 | Discussions with co-counsel re 30 b 6 dep |
| 4/29/10 | 1.5 | Meeting - cocounsel - motions and trial discussed |
| 5/24/10 | .4 | Review emails - interloc appeal and associated issues |
| 6/16/10 | .3 | Review emails-re Art 10 applicability to our case |
| | 1.0 | Discussions with co-counsel re SJ motion and potential spoliation motion |
| 7/9/10 | 1.8 | Meeting with other consortium counsel re Rakoff's ruling |
| 10/26/10 | .5 | Read Rakoff's Opinion of today re SJ decision |
| 10/27/10 | .3 | Emails with counsel re the Rakoff Opinion's reasons for denial of our motion for SJ |
| 11/3/10 | .2 | Emails re meeting to discuss Ds' appellate brief |

| | | |
|---|---|---|
| 11/18/10 | .9 | Read Ds' appellate brief |
| 12/20/10 | 1.7 | Meeting -other -plaintiff's counsel |
| 2/6/11 | .5 | Emails re the appeal |
| 2/7/11 | 1.1 | Meeting -other -plaintiff's counsel |
| 3/24/11 | .2 | Emails re class issues |
| 4/1/11 | .2 | Emails re class issue |
| 5/25/11 | .2 | Emails with co-counsel re logistics for conference call |
| | .8 | Conference call with co-counsel re class action |
| | .2 | Emails re meeting to discuss Ds' appellate brief |
| 11/21/11 | 1.4 | Meeting - re Brooks situation, Burgos death, discovery, class action, and release from custody problem |
| 1/3030/13 | .1 | Email Re Burgos |
| 2/14/13 | .9 | Read 2d Circuit decision |
| | .3 | Emails Re decision |
| 2/15/13 | 1.0 | Meeting -other -plaintiff's counsel |
| 2/18/13 | .6 | Conference call(s) with team on train re making new settlement demand, next steps |
| 2/21/13 | .3 | Emails Re Court of Claims case |
| 2/28/13 | .2 | Read email- settlement |
| 3/4/13 | .1 | Email -settlement demand |
| 3/5/13 | .1 | Email to re the call with Rakoff, and the 7/8/13 trial |
| 3/6/13 | .1 | Email for meeting set up |
| 3/8/13 | .1 | Email Re substitution |
| 4/6/13 | .8 | Review proposed settlement letter |
| 4/8/13 | .5 | Emails - calls re demand letter – |
| 4/20/13 | .2 | Email re our fees and costs for AG -settlement |
| 4/21/13 | 1.0 | Conference call with co-counsel re our fees and costs - settlement |
| | | |
| | Total 73.1 | |
| | | |
| | | |
| | | |
| | | |