

Copyright © ALM Media Properties, LLC. All rights reserved.

## 2012 NLJ Billing Survey

| Year | Firm Name | Location | Average FTE Attorneys | Firmwide Billing Rate High | Firmwide Billing Rate Low | Firmwide Billing Rate Med | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Med | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Med | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | Adams and Reese | New Orleans | 267 | $595.00 | $120.00 | $320.00 | $595.00 | $275.00 | $375.00 | $305.00 | $175.00 | $250.00 | 2012 NLJ Billing Survey | |
| 2012 | Best Best & Krieger | Riverside, CA | 191 | $625.00 | $225.00 | $390.00 | $625.00 | $310.00 | $435.00 | $390.00 | $225.00 | $250.00 | 2012 NLJ Billing Survey | |
| 2012 | Brinks Hofer Gilson & Lione | Chicago | 135 | $835.00 | $105.00 | $385.00 | $835.00 | $325.00 | $560.00 | $460.00 | $190.00 | $325.00 | 2012 NLJ Billing Survey | |
| 2012 | Bryan Cave | St. Louis | 884 | $795.00 | $200.00 | $480.00 | $795.00 | $390.00 | $553.00 | $550.00 | $200.00 | $373.00 | 2012 NLJ Billing Survey | |
| 2012 | Butzel Long | Detroit | 140 | $750.00 | $210.00 | $313.00 | $750.00 | $290.00 | $363.00 | $425.00 | $210.00 | $234.00 | 2012 NLJ Billing Survey | |
| 2012 | Cozen O'Connor | Philadelphia | 503 | $970.00 | $235.00 | $440.00 | $970.00 | $320.00 | $513.00 | $575.00 | $235.00 | $345.00 | 2012 NLJ Billing Survey | |
| 2012 | Dickinson Wright | Detroit | 254 | | | | $585.00 | $285.00 | | $280.00 | $205.00 | | 2012 NLJ Billing Survey | |
| 2012 | Dickstein Shapiro | Washington | 343 | $1250.00 | $210.00 | $580.00 | $1250.00 | $560.00 | $700.00 | $570.00 | $235.00 | $460.00 | 2012 NLJ Billing Survey | |
| 2012 | Dinsmore & Shohl | Cincinnati | 412 | $650.00 | $130.00 | $310.00 | $650.00 | $180.00 | $380.00 | $325.00 | $130.00 | $225.00 | 2012 NLJ Billing Survey | |
| 2012 | DLA Piper | New York | 3746 | $1200.00 | $105.00 | $635.00 | $1200.00 | $550.00 | $775.00 | $760.00 | $335.00 | $530.00 | 2012 NLJ Billing Survey | |
| 2012 | Dorsey & Whitney | Minneapolis | 531 | $835.00 | $200.00 | $410.00 | $835.00 | $305.00 | $525.00 | $420.00 | $200.00 | $275.00 | 2012 NLJ Billing Survey | |

Copyright 2011 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | City | # | | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | Dykema Gossett | Chicago | 331 | $685.00 | $130.00 | $415.00 | $675.00 | $395.00 | $505.00 | $465.00 | $235.00 | $305.00 | 2012 NLJ Billing Survey |
| 2012 | Epstein Becker & Green | New York | 275 | $750.00 | $215.00 | $435.00 | $750.00 | $330.00 | $535.00 | $455.00 | $215.00 | $330.00 | 2012 NLJ Billing Survey |
| 2012 | Fisher & Phillips | Atlanta | 237 | $565.00 | $215.00 | $410.00 | $565.00 | $350.00 | $430.00 | $395.00 | $215.00 | $305.00 | 2012 NLJ Billing Survey |
| 2012 | Foley & Lardner | Milwaukee | 874 | $875.00 | $200.00 | $495.00 | $875.00 | $390.00 | $570.00 | $605.00 | $200.00 | $370.00 | 2012 NLJ Billing Survey |
| 2012 | Fox Rothschild | Philadelphia | 471 | $795.00 | $200.00 | $435.00 | $760.00 | $340.00 | $500.00 | $480.00 | $200.00 | $310.00 | 2012 NLJ Billing Survey |
| 2012 | Frost Brown Todd | Cincinnati | 393 | $525.00 | $150.00 | $295.00 | $525.00 | $205.00 | $350.00 | $275.00 | $150.00 | $205.00 | 2012 NLJ Billing Survey |
| 2012 | Gardere Wynne Sewell | Dallas | 242 | $795.00 | $230.00 | $485.00 | $795.00 | $395.00 | $565.00 | $525.00 | $235.00 | $350.00 | 2012 NLJ Billing Survey |
| 2012 | Gibbons | Newark, NJ | 200 | $815.00 | $285.00 | $450.00 | $815.00 | $395.00 | $500.00 | $450.00 | $285.00 | $320.00 | 2012 NLJ Billing Survey |
| 2012 | Harris Beach | Rochester, NY | 189 | $625.00 | $175.00 | $350.00 | $625.00 | $285.00 | $400.00 | $350.00 | $175.00 | $250.00 | 2012 NLJ Billing Survey |
| 2012 | Hiscock & Barclay | Syracuse, NY | 165 | $650.00 | $175.00 | $361.00 | $650.00 | $235.00 | $441.00 | $275.00 | $175.00 | $225.00 | 2012 NLJ Billing Survey |
| 2012 | Hogan Lovells | Washington | 2253 | $1200.00 | $230.00 | $625.00 | $1200.00 | $545.00 | $750.00 | $655.00 | $310.00 | $465.00 | 2012 NLJ Billing Survey |
| 2012 | Holland & Hart | Denver | 394 | $695.00 | $180.00 | $360.00 | $695.00 | $275.00 | $420.00 | $400.00 | $180.00 | $268.00 | 2012 NLJ Billing Survey |
| 2012 | Holland & Knight | Washington | 908 | $985.00 | $200.00 | $490.00 | $985.00 | $315.00 | $560.00 | $575.00 | $200.00 | $310.00 | 2012 NLJ Billing Survey |
| 2012 | Husch Blackwell | St. Louis | 520 | $890.00 | $185.00 | $355.00 | $890.00 | $240.00 | $405.00 | $445.00 | $185.00 | $235.00 | 2012 NLJ Billing Survey |
| 2012 | Kelley Drye & Warren | New York | 303 | $950.00 | $285.00 | $550.00 | $950.00 | $450.00 | $660.00 | $600.00 | $285.00 | $450.00 | 2012 NLJ Billing Survey |
| 2012 | Knobbe Martens Olson & Bear | Irvine, CA | 265 | $760.00 | $120.00 | $380.00 | $760.00 | $425.00 | $525.00 | $420.00 | $295.00 | $330.00 | 2012 NLJ Billing Survey |

| Year | Firm | City | Attorneys | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | Lathrop & Gage | Kansas City, MO | 290 | $595.00 | $175.00 | $355.00 | $595.00 | $285.00 | $410.00 | $385.00 | $205.00 | $245.00 | 2012 NLJ Billing Survey |
| 2012 | Lewis and Roca | Phoenix | 183 | $725.00 | $225.00 | $470.00 | $725.00 | $410.00 | $520.00 | $450.00 | $225.00 | $330.00 | 2012 NLJ Billing Survey |
| 2012 | Locke Lord | Dallas | 540 | $1285.00 | $265.00 | $560.00 | $1285.00 | $455.00 | $655.00 | $600.00 | $265.00 | $400.00 | 2012 NLJ Billing Survey |
| 2012 | McAfee & Taft | Oklahoma City | 183 | $500.00 | $165.00 | $335.00 | $500.00 | $250.00 | $375.00 | $265.00 | $165.00 | $215.00 | 2012 NLJ Billing Survey |
| 2012 | McDonald Hopkins | Cleveland | 128 | $600.00 | $185.00 | $380.00 | $595.00 | $310.00 | $440.00 | $370.00 | $185.00 | $270.00 | 2012 NLJ Billing Survey |
| 2012 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 286 | $575.00 | $190.00 | $300.00 | $575.00 | $300.00 | $385.00 | $325.00 | $190.00 | $255.00 | 2012 NLJ Billing Survey |
| 2012 | McKenna Long & Aldridge | Atlanta | 424 | $830.00 | $215.00 | $455.00 | $830.00 | $375.00 | $550.00 | $560.00 | $215.00 | $395.00 | 2012 NLJ Billing Survey |
| 2012 | Michael Best & Friedrich | Milwaukee | 196 | $650.00 | $210.00 | $380.00 | $650.00 | $245.00 | $425.00 | $350.00 | $210.00 | $265.00 | 2012 NLJ Billing Survey |
| 2012 | Miles & Stockbridge | Baltimore | 213 | $700.00 | $230.00 | $405.00 | $700.00 | $320.00 | $460.00 | $350.00 | $230.00 | $300.00 | 2012 NLJ Billing Survey |
| 2012 | Miller & Martin | Chattanooga, TN | 169 | $630.00 | $180.00 | $340.00 | $630.00 | $250.00 | $385.00 | $285.00 | $185.00 | $225.00 | 2012 NLJ Billing Survey |
| 2012 | Nelson Mullins Riley & Scarborough | Columbia, SC | 414 | $850.00 | $80.00 | $330.00 | $850.00 | $230.00 | $420.00 | $370.00 | $160.00 | $258.00 | 2012 NLJ Billing Survey |
| 2012 | Patton Boggs | Washington | 491 | $990.00 | $170.00 | $550.00 | $990.00 | $425.00 | $665.00 | $570.00 | $240.00 | $435.00 | 2012 NLJ Billing Survey |
| 2012 | Perkins Coie | Seattle | 747 | $910.00 | $220.00 | $485.00 | $910.00 | $290.00 | $560.00 | $605.00 | $220.00 | $365.00 | 2012 NLJ Billing Survey |
| 2012 | Polsinelli Shughart | Kansas City, MO | 503 | $650.00 | $210.00 | $350.00 | $650.00 | $300.00 | $390.00 | $325.00 | $210.00 | $260.00 | 2012 NLJ Billing Survey |
| 2012 | Rutan & Tucker | Costa Mesa, CA | 144 | $650.00 | $200.00 | | $650.00 | $340.00 | | $425.00 | $200.00 | | 2012 NLJ Billing Survey |
| 2012 | Saul Ewing | Philadelphia | 219 | $800.00 | $225.00 | $450.00 | $800.00 | $335.00 | $500.00 | $510.00 | $225.00 | $310.00 | 2012 NLJ Billing Survey |

Copyright 2011 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | # | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | Schulte Roth & Zabel | New York | 371 | $995.00 | $125.00 | $605.00 | $995.00 | $785.00 | $895.00 | $705.00 | $295.00 | $585.00 | 2012 NLJ Billing Survey |
| 2012 | Sedgwick | San Francisco | 343 | $420.00 | $157.00 | $299.00 | $587.00 | $189.00 | $361.00 | $420.00 | $157.00 | $260.00 | 2012 NLJ Billing Survey |
| 2012 | Shumaker, Loop & Kendrick | Toledo, OH | 219 | $570.00 | $180.00 | $375.00 | $570.00 | $280.00 | $390.00 | $325.00 | $210.00 | $255.00 | 2012 NLJ Billing Survey |
| 2012 | Shutts & Bowen | Miami | 212 | $635.00 | $190.00 | $380.00 | $635.00 | $250.00 | $415.00 | $370.00 | $190.00 | $263.00 | 2012 NLJ Billing Survey |
| 2012 | Stoel Rives | Portland, OR | 374 | $655.00 | $200.00 | $400.00 | $655.00 | $300.00 | $463.00 | $435.00 | $200.00 | $276.00 | 2012 NLJ Billing Survey |
| 2012 | Strasburger & Price | Dallas | 212 | $649.36 | $189.65 | $397.00 | $649.00 | $213.00 | $402.00 | $385.00 | $190.00 | $243.00 | 2012 NLJ Billing Survey |
| 2012 | Sullivan & Worcester | Boston | 144 | $900.00 | $320.00 | $570.00 | $900.00 | $500.00 | $670.00 | $540.00 | $320.00 | $430.00 | 2012 NLJ Billing Survey |
| 2012 | Thompson & Knight | Dallas | 291 | $900.00 | $260.00 | $530.00 | $900.00 | $440.00 | $595.00 | $480.00 | $260.00 | $365.00 | 2012 NLJ Billing Survey |
| 2012 | Thompson Coburn | St. Louis | 309 | $750.00 | $200.00 | | $750.00 | $330.00 | | $460.00 | $200.00 | | 2012 NLJ Billing Survey |
| 2012 | Ulmer & Berne | Cleveland, OH | 178 | $615.00 | $195.00 | $350.00 | $615.00 | $265.00 | $420.00 | $395.00 | $195.00 | $295.00 | 2012 NLJ Billing Survey |
| 2012 | Winstead | Dallas | 258 | $645.00 | $215.00 | $410.00 | $645.00 | $375.00 | $475.00 | $425.00 | $215.00 | $320.00 | 2012 NLJ Billing Survey |

Copyright 2011 ALM Media properties, LLC. All rights reserved.                4                                888-770-5647
                                                                                                                www.alm.com